**Entered on Docket
September 03, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Secured Creditor GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>STEVEN LANGMAN AND COURTNEY LANGMAN,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-18962-lbr<br>Chapter 7<br><br>GMAC MORTGAGE, LLC'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   August 19, 2009<br>Time:   10:30 A.M. |

/./././.

/./././.

/./././.

/./././.

- 1 -

1  A hearing on Secured Creditor GMAC Mortgage, LLC's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda B. Riegle.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 8680 White River Drive, Las Vegas, Nevada 89147 ("Real Property"), which is legally described as:

> LOT FIFTY (50), OF ASPEN TWO AS SHOWN BY MAP THEREOF ON FILE IN BOOK 60 OF PLATS PAGE 34 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Upon the lift of stay on Debtor's real property a 5 day notice must be sent to the debtor prior to the sale.

APPROVED/DISAPPROVED

_____
YVETTE WEINSTEIN
TRUSTEE

/././
/././
/././
/././
/././
/././
/././
/././

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐   The court has waived the requirement of approval under LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐   Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒   Failed to respond. - Trustee

###

Submitted by:

/s/ Eddie R. Jimenez
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #10376
Attorney for GMAC MORTGAGE, LLC